```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 43303
   KIMBALL RAY GASKIN
   DESHAUNE GASKIN                        CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-1883    SSN XXX-XX-5376
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/22/04 and confirmed on 02/18/05.

2. The case was dismissed after confirmation, 11/14/2008.

3. The Debtor paid a total of $ 27587.01 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| DRIVE FINANCIAL SERVICES | SECURED | 13000.00 | 1364.19 | 13000.00 |
| GREATER SUBURBAN ACCEPT | SECURED | 4275.00 | 625.17 | 4275.00 |
| ECONOMY FURNTURE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | 1100.74 | .00 | 79.93 |
| ROUNDUP FUNDING LLC | UNSECURED | 607.75 | .00 | 44.13 |
| COMED | UNSECURED | 2941.26 | .00 | 213.61 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTH AURORA AUTO | UNSECURED | 1784.05 | .00 | 129.56 |
| GLOBAL PAYMENTS | UNSECURED | 488.72 | .00 | 35.49 |
| MERCY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MONEY STORE BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1925.11 | .00 | 139.80 |
| SBC BANKRUPTCY DESK | UNSECURED | 719.26 | .00 | 52.22 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 4087.04 | .00 | 296.81 |
| GREATER SUBURBAN ACCEPT | UNSECURED | 888.88 | .00 | 64.54 |
| HOMEQ SERVICING CORP | UNSECURED | 35706.65 | .00 | 2593.10 |
| NATIONAL CAPITAL MCMT LL | UNSECURED | 1431.84 | .00 | 103.98 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CALVARY INVESTMENTS | UNSECURED | 9846.27 | .00 | 715.05 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 17275.00 | .00 | 61527.57 | .00 | 78802.57 |
| PRINCIPAL PAID | 17275.00 | .00 | 4468.22 | .00 | 21743.22 |

```
INTEREST PAID            1989.36           .00          .00         .00      1989.36
TOTAL PAID              19264.36           .00      4468.22         .00     23732.58
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    1154.43 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/09/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE